ANDRÉ BIROTTE JR.
United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON (Cal. Bar No. 274263)
Assistant United States Attorney
Riverside Branch Office
    3403 10th Street, Suite 200
    Riverside, California 92501
    Telephone:   (951) 276-6930
    Facsimile:   (951) 276-6202
    E-mail:      sean.peterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
APR 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>WADE PIRIKA YATES-TAUI,<br><br>A Fugitive From the Government of Australia. | No. ED 14-164M<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

    Upon consideration of the request of the United States for the detention of fugitive WADE PIRIKA YATES-TAUI ("YATES-TAUI") pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests upon the

1  fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court
2  finds that no such "special circumstances" exist.
3      2.   The government alternatively requests detention on the
4  grounds that YATES-TAUI presents an unacceptable risk of (a) flight
5  and (b) danger to the community, even if the Court were to find that
6  special circumstances are present.
7      The Court hereby finds no combination of conditions that will
8  reasonably assure:
9      a.   (✓) the appearance of defendant as required; and/or
10     b.   (✓) the safety of any person or the community
11  _____
12  _____
13  _____
14  _____
15  _____

16     IT IS SO ORDERED.

18  4/30/2014                    John E. McDermott
    DATE                         HONORABLE
19                               UNITED STATES MAGISTRATE JUDGE

20  Presented by:
21      /s/
    _____
22  SEAN D. PETERSON
    Assistant United States Attorney